William Schmidt and George Schmidt (complainants) and River-view Park Company (defendant), plaintiffs in error, v. Augusta Miller et al., defendants in error.

Riverview Park Company (cross complainant), William Schmidt and George Schmidt (cross defendants), plaintiffs in error, v. William M. Johnson et al., defendants in error. Gen. No. 23,970.

Bill by a minority stockholder against the corporation and the majority stockholders for an accounting and other relief on the ground of fraud. Bill dismissed for want of equity. Error to the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed February 11, 1919.

Helmer, Moulton, Whitman & Whitman, for plaintiffs in error. Helmer, Moulton, Whitman & Whitman, for certain defendants in error. Le Bosky & Levine, for Phelps & Cloker.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Ella Meyer, defendant in error, v. Providers Life Assurance Company, plaintiff in error. Gen. No. 24,062.

Action upon a life insurance policy, payment of which was contested on the ground of fraud. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed February 11, 1919.

Charles M. Haft, for plaintiff in error. Miller, Starr, Brown, Packard & Peckham, for defendant in error; Thomas McCall, of counsel.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

R. G. Aurich, appellee, v. Goodrich Transit Company, appellant. Gen. No. 24,126.

Action against the carrier to recover for the death of a horse. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed February 11, 1919.

Winston, Strawn & Shaw, for appellant; Frank H. Towner, of counsel. John K. Lenox, Jr., for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Bunge Brothers Coal Company, appellee, v. Wesley Dempster, appellant. Gen. No. 24,137.

Action to recover balance due under contract to furnish coal. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed February 11, 1919.

Ashcraft & Ashcraft, for appellant; Theodore N. Schnell, of counsel. Fred W. Reinhardt, for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.